FILED
2007 Oct-30  AM 11:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICKEY A. GAITHER, JR.,   )<br>)<br>Plaintiff   )<br>)<br>vs.   )<br>)<br>CITY OF ANNISTON, ALABAMA, )<br>a municipal corporation, et al.,   )<br>)<br>Defendants   ) | Case No. 1:05-cv-02459-RBP-HGD |

## **MEMORANDUM OPINION**

On September 27, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that defendants' special report motion for summary judgment is due to be GRANTED. A Final Judgment will be entered contemporaneously herewith.

DONE this 30th day of October, 2007.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**